```
                              FILED
                           JUN 19 2008
                    CLERK, U.S. DISTRICT COURT
                 SOUTHERN DISTRICT OF CALIFORNIA
                 BY      EF              DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | Criminal Case No. 08CR2073-WQH |
|                              ) | |
|            Plaintiff,        ) | **I N F O R M A T I O N** |
|                              ) | |
|       v.                     ) | Title 8, U.S.C., Sec. 1325 - |
|                              ) | Illegal Entry (Misdemeanor); |
| OSVALDO VERA-JIMENEZ,        ) | Title 8, U.S.C., Sec. 1325 - |
|                              ) | Illegal Entry (Felony); |
|            Defendant.        ) | Title 8, U.S.C., Sec. 1325 - |
|                              ) | Illegal Entry (Felony) |

The United States Attorney charges:

### Count 1

On or about __5/14/08__, within the Southern District of California, defendant OSVALDO VERA-JIMENEZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//
//
//

JPME:lg:Imperial
6/19/08

## Count 2

On or about _5/16/08_, within the Southern District of California, defendant OSVALDO VERA-JIMENEZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

## Count 3

On or about May 19, 2008, within the Southern District of California, defendant OSVALDO VERA-JIMENEZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: June 19, 2008.

KAREN P. HEWITT
United States Attorney

JAMES P. MELENDRES
Assistant U.S. Attorney